# MEMORANDUM DECISIONS.

BAILIS v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 11, 1918.) No. 114. In Error to the District Court of the United States for the Southern District of New York. Criminal prosecution by the United States against Jacob Bailis. Judgment of conviction, and defendant brings error. Affirmed. K. Henry Rosenberg, of New York City, for plaintiff in error. Francis G. Caffey, U. S. Atty., of New York City (Garrett W. Cotter, Asst. U. S. Atty., of Flushing, of counsel), for the United States. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. This case is affirmed without opinion.